# United States District Court
# Central District of California

| | |
|---|---|
| ARTHUR GRAY,<br><br>              Plaintiff,<br><br>     v.<br><br>BEST SUITE, INC. and DOES 1 to 10, inclusive,<br><br>              Defendants. | Case No. 2:16-cv-00220-ODW(SSx)<br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT** |

Based on the mediation report (ECF No. 20), the Court **ORDERS** the parties to **SHOW CAUSE**, in writing only, **no later than November 30, 2016**, why settlement has not been finalized.  No hearing will be held.  All other dates and deadlines in this action are **VACATED**.  This Order will be discharged upon the filing of a notice of dismissal that complies with Federal Rule of Civil Procedure 41(a).

**IT IS SO ORDERED.**

October 31, 2016

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**